# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

AUGUSTUS LUNDY,                )
                               )
       Plaintiff,              )
                               )
vs.                            ) Case No. 2:07-cv-00034-JHH-PWG
                               )
KATHREE HUGHES,                )
                               )
       Defendant.              )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 5, 2007, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b).  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b).  A Final Judgment will be entered.

**DONE** this the   1st   day of May, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE